FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

Michael Martinho

(Enter above the full name of the plaintiff in this action)

V.

Judge Mathew Curry

Prosecutor Steven Dunbar    (Prosecutors Office)
                             Warren County

(Enter the full name of the defendant of defendants in this action)

COMPLAINT

Civil Action No. _____

(To be supplied by the Clerk of the Court)

RECEIVED

NOV 1 6 2023

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

## INSTRUCTIONS; READ CAREFULLY

1.    This complaint must be legibly handwritten or typewritten, signed by the plaintiff and   subscribed to under penalty of perjury as being true and correct.  All questions must be answered concisely in the proper space on the form.  Where more space is needed to answer any question, attach a separate sheet.

2.    In accordance with Rule 8 of the Federal Rules of Civil Procedure, the complaint should contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, (2) a short plain statement of the claim showing that you are entitled to relief, and (3) a demand for judgment for the relief which you seek.

3.    You must provide the full name of each defendant or defendants and where they can be found.

4.    You must send the original and one copy of the complaint to the Clerk of the District Court.  You must also send one additional copy of the complaint for each defendant to the Clerk. Do not send the complaint directly to the defendants.

5.    Upon receipt of a fee of $400.00 (a filing fee of $350.00, and an administrative fee of    $50.00), your complaint will be filed.  You will be responsible for service of a separate summons and copy of the complaint on each defendant.  See Rule 4, Federal Rule of Civil Procedure.

6.    If you cannot prepay the $400.00 fee, you may request permission to proceed in forma pauperis in accordance with the procedures set forth in the application to proceed in forma pauperis.  See 28 U.S.C. §1915.  (If there is more than one plaintiff, each plaintiff must separately request permission to proceed in forma pauperis.)

7.    If you are given permission to proceed in forma pauperis, the $50.00 Administrative Fee will not be assessed.  The Clerk will prepare and issue a copy of the summons for each defendant.  The copies of summonses and the copies of the complaint  which you have submitted will be forwarded  by the Clerk to the United States Marshal, who is responsible for service.  The Marshal has USM-285 forms you must complete so that the Marshal can locate and serve each defendant.  If the forms are sent to you, you must complete them in full and return the forms to the Marshal.

## QUESTIONS TO BE ANSWERED

1a.    Jurisdiction is asserted pursuant to (CHECK ONE)

 ✓   42 U.S.C. §1983 (applies to state prisoners)

 ____   Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

If you want to assert jurisdiction under different or additional statutes, list these below:

28 U.S.C § 1915 (1,2, A, B)

1b.    Indicate whether you are a prisoner or other confined person as follows:

___ Pretrial detainee

___ Civilly-committed detainee

___ Immigration detainee

___ Convicted and sentenced state prisoner

___ Convicted and sentenced federal prisoner

✓ Other: (please explain) County Sentenced Inmate

2.    Previously Dismissed Federal Civil Actions or Appeals

If you are proceeding in forma pauperis, list each civil action or appeal you have brought in a federal court while you were incarcerated or detained in any facility, that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted. Please note that a prisoner who has on three or more prior occasions, while detained in any facility, brought an action or appeal in a federal court that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted, will be denied in forma pauperis status unless that prisoner is under imminent danger of serious physical injury. See 28 U.S.C. § 1915(g).

a.    Parties to previous lawsuit:

Plaintiff(s): _____ N|A _____

_____

Defendant(s): _____ N|A _____

_____

b.    Court and docket number: _____ N|A _____

c.    Grounds for dismissal:  ( )   frivolous    ( ) malicious

( )    failure to state a claim upon which relief may be granted

d.    Approximate date of filing lawsuit: _____ N|A _____

e.    Approximate date of disposition: _____ N|A _____

If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on separate sheets.

3.    Place of Present Confinement? Warren County Correction Center NJ

4.    Parties

(In item (a) below, place your name in the first blank and place your present address in the second blank. Do the same for additional Plaintiffs, if any.)

a.    Name of plaintiff: Michael Martinho

Address: 175 Route 519 South Belvidere, NJ 07823

Inmate#: 46958

b.    First defendant:

Name: Mathew Curry

Official position: Superior Court Judge

Place of employment: Warren County Superior Court NJ

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

Violated my Due Process, Biased Ethics, No witness allowed to be present No probative evidence, No testimonial evidence, No rebuttal evidence, No intrinsic Evidence, Made decisions based on false information and insuffeient evidence Made decisions based on speculative and perjurous evidence.

c.    Second defendant:

Name: Steven Dunbar (Prosecutor's office)

Official position: NJ State Prosecutor

Place of employment: Warren County Court house

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

Violated my Due Process by makeing inaccurate, false, and speculative biased information and statements about information he did not have Did not allow intrinsic evidence, probative evidence, testimonial evidence, or rebuttal evidence, and comitted perjury under oath.

d.    If there are more than two defendants, attach a separate sheet. For each defendant specify: (1) name, (2) official position, (3) place of employment, and (4) involvement of the defendant.

5. I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in the Statement of Claims on page 6.

___Yes   ✓No

If your answer is "Yes," briefly describe the steps taken, including how relief was sought, from whom you sought relief, and the results.

N|A

If your answer is "No," briefly explain why administrative remedies were not exhausted.

Tried to file an appeal but Public Defender Karl Keys has not yet done so and has neglected to provide proof and or any type of update on progress or copy of motion for appeal. Nor has he responded to 5 different Letters written.

6. Statement of Claims

(State here as briefly as possible the facts of your case. Describe how each defendant violated your rights, giving dates and places. If you do not specify how each defendant violated your rights and the date(s) and place of the violations, your complaint may be dismissed. Include also the names of other persons who are involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach a separate sheet if necessary.)

At Warren County Superior Court in Belvidere, NJ on Oct 27th 2023 on or around 10 am Judge Mathew Curry and Prosecutor Steven Dunbar violated my Due Process and my right to a fair trial with the following actions:

① Judge Curry made a final decision without all the evidence and information that was Available (Per incuriam, Prima facie)

② Judge Curry and Prosecutor Dunbar did not allow my witness to speak or be present by not allowing testimonial evidence

③ Judge Curry and Prosecutor Dunbar did not allow rebuttal evidence, intrinsic evidence, or probative evidence

④ Prosecutor Dunbar made biased, false, speculative, and perjurous statements/evidence on information he knew nothing about

⑤ Judge Curry and Prosecutor Dunbar both led each other on by sharing incorrect evidence and statements pertaining to information only my witness knew

⑥ Judge Curry and Prosecutor Dunbar acted in a biased manner during the hearing due to previous encounters with them both about this case

⑦ Judge Curry made a final decision with biased, incorrect, and no proof to information/evidence presented by Prosecutor Dunbar

7.    Relief

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

① The defending parties immediate removal from official duties in all capacities
② Prompt release from facility of incarceration WCCC (Warren County Correctional Center)

③ The sum of $5,000 per day starting 09/13/23 on.
④ 15 million U.S Dollars for losses and pain and suffering.
⑤ Sum of $5,000 per day on the 67 days of jail credit Served on this case prior to 09/13/23
⑥ The expungement of all convictions and charges related to this case from my permanant record

8.    Do you request a jury or non-jury trial? (Check only one)

(✓) Jury Trial ( ) Non-Jury Trial

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __08__ day of __November__ , 20_2_3_

_____
Signature of plaintiff*

(*EACH PLAINTIFF NAMED IN THE COMPLAINT MUST SIGN THE COMPLAINT
HERE. ADD ADDITIONAL LINES IF THERE IS MORE THAN ONE PLAINTIFF.
REMEMBER, EACH PLAINTIFF MUST SIGN THE COMPLAINT).